UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 10, 2015

MEMO TO COUNSEL RE:  US v. Shaun Tucker and Joanne Tucker
Criminal No. JFM-14-0427

Dear Counsel:

This will confirm the schedule set during the conference held yesterday.

July 13, 2015        Deadline for motions relating to substance of the case

September 14, 2015   Trial

This will also confirm that in the interim the Government will file a motion to exclude the Speedy Trial Act. In opposing the motion I understand that defendants may also file a motion seeking a dismissal of the action stating that the Speedy Trial Act has been violated.

Very truly yours,

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 APR 10 PM 3:37
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY